# AMENDED CHAPTER 13 PLAN

**DEBTOR:** Latonya Finley  
**SSN:** XXX-XX-0363  
**DEBTOR:**  
**SSN:** XXX-XX-  

**CASE NO.:** 15-00026-TBB-13  

**NET MONTHLY EARNINGS:** $4540.00  
**NUMBER OF DEPENDENTS:** 2  

I. Plan Payments: Payroll deduction Order to: Great Clips 7278 Cahaba Valley Rd Apt 1000-B Birmingham, AL 35242 in the amount of $115.00 biweekly.

Length of plan is approximately 60 months, and the total amount of debt to be disbursed by the Trustee is approximately $ 14,950.00

II. From the payments received, the Trustee shall make disbursements as follows:
   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See 11 U.S.C. § 1322(a)(2)]
   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| State of Alabama | Back Taxes | $180.00 | N/a |

   B. Total ATTORNEY FEE $3,000.00. $446.00 to be paid at confirmation, and $58.00 monthly until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   **1. Long Term Debts:**

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid by the Debtor | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|
| Nationstar Mortgage | $67000.00 | $640.00 | 1/2015 | $6786.12 | Through 12/2014 | $126.00 to begin at conf |

   **2. Secured Debts (not long term debts) to be paid through Trustee:**

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed payments | Fixed payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Kay Jewelers | $10.00 | $693.54 | $600.00 | $93.54 | Jewelry | 5.25% | $15.00 | At conf |

III. Other Debts not shown in 1. or 2. above which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| Credit Acceptance | $9000.00 | $392.00 | 2007 Jeep Cherokee | Debt to be paid non plan by cosigner. |
| Credit Acceptance | $9500.00 | $395.00 | 2008 Suzuki Grand | Debt to be paid non plan by cosigner. |

IV. **Special Provisions:**
   This is an original plan.
   - This is an amended plan replacing plan dated 2/16/2015.
   - This plan proposes to pay unsecured creditors Pro Rata (see other provisions)
   Debtor **assumes** lease and/or executory contract with N/A.
   - Other provisions:
   1. Holders of filed and allowed non priority unsecured claims shall receive a pro rata share (Pot Plan) of $3425.00 through the distribution of the Debtor(s)' Chapter 13 Plan.
   2. Debtor(s) will pay pre-petition and post-petition service with Alabama Power in the ordinary course of business as adequate assurance under title 11 U.S.C. § 366 in lieu of posting a deposit under title 11 U.S.C. § 366 and acknowledges 11 U.S.C. § 362 will not prohibit collection of these debts.
   3. Debtor proposes to surrender her interest in the 2005 Chevrolet Cobalt and the 2007 Nissan Sentra financed with Santander Consumer.

/s/ Latonya Finley  Date  March 9, 2015  
Debtor

**ATTORNEY FOR DEBTOR:** Jaffe and Erdberg 205 20th St No Ste 817, Birmingham, Al 35203, 205-323-4500