IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: )
**Latonya Finley** ) Case No.:15-00026-**TBB-13**
 )

### CERTIFICATE OF SERVICE ON AMENDED CHAPTER 13 PLAN SUMMARY

      I hereby certify that I have served a copy of the Amended Chapter 13 Plan to all creditors listed on the Matrix and the Chapter 13 Trustee through the Court's Electronic Filing System and/or by regular United States Mail on this the 9th day of March 2015.

      /s/ Joe Erdberg_____
**JAFFE & ERDBERG, P.C.**
Attorneys for Debtor
205 20th Street North
Suite 817 Frank Nelson Building
Birmingham, AL 35203
(205) 326-6666  (205) 323-4500